| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | Court File # |
| | ) ss. | |
| COUNTY OF | ) | |

Bernard Howell, Sr,

        Plaintiff,

v.

                                  **AFFIDAVIT OF SERVICE**

Frontier Airlines Holdings, Inc.,

        Defendant.

---

**PRO LEGAL SUPPORT SERVICES, INC.**

I, LeShel Balgie, state that on October 10, 2023, at 3:05 pm, I served a copy of the Summons in a Civil Action; Verified Complaint; Order; and Civil Cover Sheet in the above entitled action upon Frontier Airlines Holdings, Inc., c/o Registered Agent: Corporate Service Company therein named, at 2345 Rice St Suite 230, Roseville, MN 55113, in the County of Ramsey, by handing to and leaving with Christina Olund (Customer Service Specialist) true and correct copies thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Signed in the state of: <u>Minnesota</u>

In the county of: <u>Hennepin</u>

Dated: <u>October 10, 2023</u>

*LeShel Balgie* (signature)

LeShel Balgie
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com