**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Civil Case No.: 0:23-cv-01600 (JRT/DTS)

---

Bernard Howell, Sr.,

    Plaintiff,

v.                               **MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Frontier Airlines Holdings, Inc.,

    Defendant.

---

The undersigned counsel, on behalf of Plaintiff Bernard Howell, hereby moves the Court for Entry of Default Judgment as to Defendant Frontier Airlines Holdings, Inc., in accordance with Federal Rules of Civil Procedure 55, for relief sought by Plaintiff Bernard Howell in his Complaint. Said Motion is based upon all of the files, records, and proceedings herein. The amount for default judgement sought is $275,000.00.

**MORRIS LAW GROUP, P.A.**

Dated: October 31, 2023          *s/ Richard W. Hechter*
Richard W. Hechter (#193537)
7380 France Avenue South, Suite 250
Edina, MN 55435
Phone: (952) 832-2000
Fax: (952) 832-0020
Email: rhechter@morrislawmn.com

*ATTORNEYS FOR PLAINTIFFS*