UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No.: 0:23-cv-01600 (JRT/DTS)

---

Bernard Howell, Sr.,

    Plaintiff,

v.                                             **NOTICE OF HEARING**

Frontier Airlines Holdings, Inc.,

    Defendant.

---

PLEASE TAKE NOTICE that:

- ☑ A hearing on the Plaintiff's Motion for Default Judgment will take place at a date and time to be determined by the Court if called for, located in Courtroom 9E at the Diana E. Murphy United States District Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 and;

- ☑ Where Plaintiff Bernard Howell, Sr., though his counsel, will move the Court for an Order to grant said Motion.

    **MORRIS LAW GROUP, P.A.**

Dated: October 31, 2023        *s/ Richard W. Hechter*
    Richard W. Hechter (#193537)
    7380 France Avenue South, Suite 250
    Edina, MN 55435
    Phone: (952) 832-2000
    Fax: (952) 832-0020
    Email: rhechter@morrislawmn.com

    *ATTORNEYS FOR PLAINTIFFS*