## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## Civil Case No.: 0:23-cv-01600 (JRT/DTS)

Bernard Howell, Sr.,

       Plaintiff,

v.                                                    **MEET AND CONFER STATEMENT**

Frontier Airlines Holdings, Inc.,

       Defendant.

I, Richard W. Hechter, representing the Plaintiff, Bernard Howell, Sr., hereby certify that:

To date I have not been able to meet and confer with the opposing party, or even reach the opposing party, to discuss Plaintiff's Motion for Default Judgment. However, these pleadings will be served upon the Defendant following this filing with the Court.

**MORRIS LAW GROUP, P.A.**

Dated: October 31, 2023
       *s/ Richard W. Hechter*
       Richard W. Hechter (#193537)
       7380 France Avenue South, Suite 250
       Edina, MN 55435
       Phone: (952) 832-2000
       Fax: (952) 832-0020
       Email: rhechter@morrislawmn.com

       *ATTORNEYS FOR PLAINTIFFS*