UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No.: 0:23-cv-01600 (JRT/DTS)

Bernard Howell, Sr.,

    Plaintiff,

v.

Frontier Airlines Holdings, Inc.,

    Defendant.

LR 7.1(f) & LR 72.2(d)
CERTIFICATE OF COMPLIANCE

I, Richard W. Hechter, certify that the

☑ Memorandum titled: Memorandum in Support of Motion for Default Judgment complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☑ Used the following word processing program and version: Microsoft 365 Word Version 2302 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.
or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: 486.

**MORRIS LAW GROUP, P.A.**

Dated: October 31, 2023

*s/ Richard W. Hechter*
Richard W. Hechter (#193537)
7380 France Avenue South, Suite 250
Edina, MN 55435

Phone: (952) 832-2000
Fax: (952) 832-0020
Email: rhechter@morrislawmn.com

*ATTORNEYS FOR PLAINTIFF*