UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No.: 0:23-cv-01600 (JRT/DTS)

Bernard Howell, Sr.,

    Plaintiff,

    v.           **DECLARATION OF ATTORNEY**

Frontier Airlines Holdings, Inc.,

    Defendant.

I, Richard W. Hechter, counsel of record for Plaintiff Bernard Howell, Sr., and BH, Jr. state and depose as follows:

1. That I am duly licensed to practice law in the District of Minnesota. I make this declaration of my own personal knowledge, except where stated on information and belief. I make this declaration in support of the motion for default judgment.

2. That I represent Plaintiffs in this matter.

3. That I have had no contact with any counsel from Defendant since the time the Complaint was filed with this Court.

4. That I bring this motion in good faith.

I declare under penalty of perjury under the laws of the District of Minnesota that the foregoing is true and correct.

Dated: October 31, 2023        **MORRIS LAW GROUP, P.A.**
                                                 _s/ Richard W. Hechter_

Richard W. Hechter (#193537)
7380 France Avenue South, Suite 250
Edina, MN 55435
Phone: (952) 832-2000
Fax: (952) 832-0020
Email: rhechter@morrislawmn.com

*ATTORNEYS FOR PLAINTIFFS*