UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No.: 0:23-cv-01600 (JRT/DTS)

Bernard Howell, Sr.,

    Plaintiff,

v.   **[PROPOSED] ORDER**

Frontier Airlines Holdings, Inc.,

    Defendant.

___

This matter came before the Court on October 31, 2023, on Plaintiff Bernard Howell, Sr.'s Motion for Default Judgment pursuant to Federal Rules of Civil Procedure 55. The Court, having considered all of the papers submitted in support of and in opposition to this Motion, or lack thereof, the arguments of each party, as well as all prior proceedings herein, and after due deliberation,

**NOW, THEREFORE, HEREBY ORDERS THAT:**

Plaintiff's Motion for Default Judgment is GRANTED in the amount of $275,000.00 plus attorney's fees, costs and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

IT IS SO ORDERED this ___ day of _____, 2023.

BY THE COURT

_____
THE HONORABLE DAVID T. SCHULTZ
Judge of District Court