**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Civil Case No.: 0:23-cv-01600 (JRT/DTS)

---

Bernard Howell, Sr.,

    Plaintiff,

v.                                       **CERTIFICATE OF SERVICE**

Frontier Airlines Holdings, Inc.,

    Defendant.

---

I hereby certify that on October 31, 2023 I caused the following documents:

*Motion for Default Judgment, Notice of Hearing, Meet and Confer Statement, Memorandum in Support of Motion for Default Judgement, Certificate of Compliance, Proposed Order, and Certificate of Service*

    ☒ to be filed electronically with the Clerk of Court through ECF and/or

    ☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

> **Frontier Airlines Holdings, Inc.**
> **c/o Registered Agent**
> **Corporate Service Company**
> **2345 Rice St., Suite 230**
> **Roseville, MN 55113**

                                                **MORRIS LAW GROUP, P.A.**

Dated: October 31, 2023            *s/ Richard W. Hechter*
                                         Richard W. Hechter (#193537)

                                         *ATTORNEYS FOR PLAINTIFFS*