UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernard Howell, Sr., individually, and
Bernard Howell, Sr., as parent and custodian
of BH, Jr.,

        Plaintiff,

v.

Frontier Airlines Holdings, Inc.,

        Defendant.

Case No. 0:23-cv-01600-JRT-DTS

**NOTICE OF APPEARANCE OF JOHN. P. LORINGER**

**PLEASE TAKE NOTICE** that Attorney John P. Loringer of Wilson Elser Moskowitz Edelman & Dicker, LLP, whose address is 555 East Wells Street, Suite 1730, Milwaukee, WI 53202, hereby enters his appearance on behalf of the Defendant, Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines") ("Defendant"). All pleadings and other documents should be served upon him electronically via the PACER eFiling system or at the foregoing address.

Dated this 14th day of November, 2023.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Attorneys for Defendant, Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines")

By: */s/ John P. Loringer*
John P. Loringer
State Bar No. 390894
John.Loringer@wilsonelser.com

1

P.O. ADDRESS
555 East Wells Street, Ste. 1730
Milwaukee, WI 53202
414.276.8816 (Main)