UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernard Howell, Sr., individually, and
Bernard Howell, Sr., as parent and custodian
of BH, Jr.,

        Plaintiff,

v.

Frontier Airlines Holdings, Inc.,

        Defendant.

Case No. 0:23-cv-01600-JRT-DTS

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines (i/p/a "Indigo Partners & Frontier Airlines Holdings, Inc. d/b/a Frontier Airlines") ("Defendant"), makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Defendant, Frontier Airlines Holdings, Inc., have a parent corporation and/or wholly owned subsidiary?

 **Yes**   No

If yes, the parent corporation and/or wholly owned subsidiary is/are: **The parent corporation for Defendant is Frontier Group Holdings, Inc.**

2. Is 10% or more of the stock of Defendant, Frontier Airlines Holdings, Inc., owned by a publicly held corporation?

 **Yes**   No

If yes, identify all such owners: **Frontier Group Holdings, Inc. owns 100% of the stock of the Defendant, Frontier Airlines Holdings, Inc.**

Dated this 14th day of November, 2023.

                                    **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
*Attorneys for Defendant, Frontier Airlines Holdings, Inc.*

By:   */s/ John P. Loringer*
      John P. Loringer
      State Bar No. 390894
      John.Loringer@wilsonelser.com

P.O. ADDRESS
555 East Wells Street, Ste. 1730
Milwaukee, WI 53202
414.276.8816 (Main)