UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernard Howell, Sr., individually, and
Bernard Howell, Sr., as parent and custodian
of BH, Jr.,

        Plaintiff,

v.

Frontier Airlines Holdings, Inc.,

        Defendant.

Case No. 0:23-cv-01600-JRT-DTS

**ORDER GRANTING THE PARTIES' STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter is before the Court on the Stipulation for Extension of Time for Defendant, Frontier Airlines Holding, Inc., to respond to the Complaint in this matter (*see* Dkt. No. 3). For the reasons set forth in the Stipulation,

**IT IS HEREBY ORDERED** that Defendant, Frontier Airlines Holdings, Inc., shall have up to and including Thursday, November 30, 2023 to respond to the Complaint.

Dated: _____
                                                  The Honorable John R. Tunheim
                                                  United States District Court Judge