**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bernard Howell, Sr.,                      Case No. 23-cv-1600 (JRT/DTS)

    Plaintiff,

v.                                           **ORDER**

Frontier Airlines Holdings, Inc.,

    Defendant.

---

The parties filed a stipulation, Dkt. No. 17, to give defendant an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Complaint on or before November 30, 2023.

Dated: November 16, 2023                    __s/David T. Schultz_____
                                                               DAVID T. SCHULTZ
                                                               U.S. Magistrate Judge